UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFELINE FOOD CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> GLIMAN CHEESE CORPORATION, f/k/a DRANGLE FOODS, INC., <br><br> Defendant. | Case No. 5:15-cv-00034-PSG <br><br> **CASE MANAGEMENT ORDER** <br><br> **(Re: Docket No. 36)** |

Based on the parties' joint case management statement,[1]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is July 1, 2015.

IT IS FURTHER ORDERED that the parties shall contact Magistrate Judge Nathanael Cousins to schedule a settlement conference no later than 14 days after the entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

---

[1] *See* Docket No. 36.

Case No. 5:15-cv-00034-PSG
CASE MANAGEMENT ORDER

1

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

| | |
|---|---:|
| Pre-discovery fact disclosures | April 28, 2015 |
| Initial expert identification | October 20, 2015 |
| Rebuttal expert identification | November 20, 2015 |
| Initial expert reports | January 20, 2016 |
| Rebuttal expert reports | February 19, 2016 |
| Fact discovery | March 30, 2016 |
| Hearing nondispositive motions | April 5, 2016 at 10:00 a.m. |
| Completion of expert discovery | May 13, 2016 |
| Hearing dispositive motions | July 12, 2016 at 10:00 a.m. |
| Pre-trial conference | October 11, 2016 at 10:00 a.m. |
| Jury trial | November 14, 2016 at 9:30 a.m. |

**SO ORDERED.**

Dated: June 1, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:15-cv-00034-PSG
CASE MANAGEMENT ORDER