**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFELINE FOOD CO., INC., a California Corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>GILMAN CHEESE CORPORATION, f/k/a Drangle Foods, Inc., a Wisconsin Corporation, and DOES 1 through, 50 inclusive,<br><br>                    Defendants. | Case No.: 5:15-cv-00034-PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re:  Docket No. 47)** |

The parties have filed a stipulation of settlement in this case.[1]  The court therefore vacates the pre-trial conference and trial dates.  The parties shall file a notice of dismissal within ninety days or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: August 31, 2015

                                                    _____
                                                    PAUL S. GREWAL
                                                    United States Magistrate Judge

---

[1] *See* Docket No. 47.

1

Case No.: 5:15-cv-00034-PSG
ORDER TO SHOW CAUSE